IH-32　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Rev: 2014-1

# United States District Court
for the
## Southern District of New York
### Related Case Statement

---

**Full Caption of Later Filed Case:**

BEASTIE BOYS, A NEW YORK PARTNERSHIP, MICHAEL DIAMOND, ADAM HOROVITZ AND DECHEN YAUCH AS EXECUTOR OF THE ESTATE OF ADAM YAUCH, DECEASED, EACH INDIVIDUALLY AND COLLECTIVELY D/B/A BROOKLYN DUST MUSIC

Plaintiff

vs.

BRINKER INTERNATIONAL, INC.,

Defendant

Case Number: 24-cv-05221

**Full Caption of Earlier Filed Case:**

(including in bankruptcy appeals the relevant adversary proceeding)

BEASTIE BOYS, A NEW YORK PARTNERSHIP, MICHAEL DIAMOND, ADAM HOROVITZ AND DECHEN YAUCH AS EXECUTOR OF THE ESTATE OF ADAM YAUCH, DECEASED, EACH INDIVIDUALLY AND COLLECTIVELY D/B/A BROOKLYN DUST MUSIC,

Plaintiff

vs.

MONSTER ENERGY COMPANY,

Defendant

Case Number: 12 Civ. 6065 (PAE)

Page 1

IH-32   Rev: 2014-1

Status of Earlier Filed Case:

☑ Closed  (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☐ Open  (If so, set forth procedural status and summarize any court rulings.)

Judgment entered in favor of Plaintiffs on 06/24/2015 (Docket Entry No. 217). Appeal filed on 07/22/2015 (Docket Entry No. 221). Satisfaction of Judgment on 01/15/2016 (Docket Entry No. 233). Appeal Withdrawn on 02/17/2016 (Docket Entry No. 234).

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

The previous action involved the same plaintiffs seeking to protect the same copyrights and same rights against unfair competition against other entities who engaged in misconduct similar to that alleged in the present action.

Signature: /s/ Michael S. Lazaroff     Date: 7.11.2024

Firm: Rimon, P.C., 100 Park Avenue 16th Floor
New York, NY 10017, michael.lazaroff@rimonlaw.com