ORIGINAL

MEMO ENDORSED

ELECTRONICALLY FILED

DATE FILED: 3/3/25

February 28, 2025

**VIA CM/ECF**
The Honorable Louis L. Stanton
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:     ***Beastie Boys et al. v. Brinker International, Inc.***
         **Case No. 1:24-cv-05221-LLS**

Dear Judge Stanton:

The parties write jointly pursuant to Your Honor's Individual Rule 1.E to request a 30-day extension of Defendant Brinker International, Inc.'s ("Brinker") deadline to respond to the Complaint. The parties have agreed in principle to try to mediate the dispute, and are presently exchanging names of proposed mediators. The requested extension would enable the parties to pursue mediation of this dispute.

Brinker's current deadline to respond to the Complaint, is March 5, 2025, and the requested extension would reset this deadline to April 7, 2025. Three (3) prior requests for an extension were made and granted. This requested extension will not affect any other scheduled dates.

*Granted*
*Louis L. Stanton*
*3/3/25*

We thank the Court for its attention to this matter.

                              Respectfully submitted,

                              RIMON, P.C.

                              s/ *Michael S. Lazaroff* (with permission)
                              Michael S. Lazaroff
                              400 Madison Avenue, Suite 11d
                              New York, New York 10017
                              Telephone: (646) 738-4151
                              Email: Michael.lazaroff@rimonlaw.com

                              *Counsel for Plaintiffs*

AUSTIN    BEIJING    BOSTON    BOULDER    BRUSSELS    HONG KONG    LONDON    LOS ANGELES    NEW YORK    PALO ALTO
SALT LAKE CITY    SAN DIEGO    SAN FRANCISCO    SEATTLE    SHANGHAI    WASHINGTON, DC    WILMINGTON, DE

**WILSON
SONSINI**

The Honorable Louis L. Stanton
February 28, 2025
Page 2

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

s/ *Eli B. Richlin*
Eli B. Richlin
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Email: erichlin@wsgr.com

Gary R. Greenstein (admitted *pro hac vice*)
1700 K Street NW, Fifth Floor
Washington, D.C. 20006
Telephone: (202) 973-8849
Email: ggreenstein@wsgr.com

Maura L. Rees (admitted *pro hac vice*)
650 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 493-9300
Email: mrees@wsgr.com

*Counsel for Defendant Brinker International, Inc.*