May 21, 2025

**VIA CM/ECF**

The Honorable Louis L. Stanton
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *Beastie Boys et al. v. Brinker International, Inc.*,
              Case No. 1:24-cv-05221-LLS

Dear Judge Stanton:

      The parties write jointly pursuant to Your Honor's Individual Rule 1.E to request a stay of proceedings until July 7, 2025.

      The parties participated in a mediation with The Honorable Suzanne H. Segal (Ret.) on May 7, 2025 in Century City, California, and with the mediator's assistance, have reached an agreement in principle to settle the case.  The parties are currently finalizing the settlement agreement, and expect to file a dismissal by July 7.

      Brinker's current deadline to respond to the Complaint is May 21, 2025, and the requested stay would extend this deadline to July 7, 2025 (a 47-day extension).  Five (5) prior requests for an extension were made and granted.  This requested stay will not affect any other scheduled dates.

      We thank the Court for its attention to this matter.

                              [*Intentionally Left Blank*]

The Honorable Louis L. Stanton
May 21, 2025
Page 2

Respectfully submitted,

| | |
|---|---|
| RIMON, P.C. | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| s/ *Michael S. Lazaroff* (with permission)<br>Michael S. Lazaroff<br>400 Madison Avenue, Suite 11d<br>New York, New York 10017<br>Telephone: (646) 738-4151<br>Email: michael.lazaroff@rimonlaw.com | s/ *Eli B. Richlin*<br>Eli B. Richlin<br>1301 Avenue of the Americas, 40th Floor<br>New York, New York 10019<br>Telephone: (212) 999-5800<br>Email: erichlin@wsgr.com |
| *Counsel for Plaintiffs* | Gary R. Greenstein (admitted *pro hac vice*)<br>1700 K Street NW, Fifth Floor<br>Washington, D.C. 20006<br>Telephone: (202) 973-8849<br>Email: ggreenstein@wsgr.com |
| | Maura L. Rees (admitted *pro hac vice*)<br>650 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 493-9300<br>Email: mrees@wsgr.com |
| | *Counsel for Defendant Brinker International, Inc.* |