ORIGINAL

**MEMO ENDORSED**

May 21, 2025

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/22/25

**VIA CM/ECF**

The Honorable Louis L. Stanton
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *Beastie Boys et al. v. Brinker International, Inc.*,
            Case No. 1:24-cv-05221-LLS

Dear Judge Stanton:

The parties write jointly pursuant to Your Honor's Individual Rule 1.E to request a stay of proceedings until July 7, 2025.

The parties participated in a mediation with The Honorable Suzanne H. Segal (Ret.) on May 7, 2025 in Century City, California, and with the mediator's assistance, have reached an agreement in principle to settle the case. The parties are currently finalizing the settlement agreement, and expect to file a dismissal by July 7.

Brinker's current deadline to respond to the Complaint is May 21, 2025, and the requested stay would extend this deadline to July 7, 2025 (a 47-day extension). Five (5) prior requests for an extension were made and granted. This requested stay will not affect any other scheduled dates.

We thank the Court for its attention to this matter.

*[Intentionally Left Blank]*

So Ordered
Louis L. Stanton
5/22/25

The Honorable Louis L. Stanton
May 21, 2025
Page 2

Respectfully submitted,

RIMON, P.C.

s/ *Michael S. Lazaroff* (with permission)
Michael S. Lazaroff
400 Madison Avenue, Suite 11d
New York, New York 10017
Telephone: (646) 738-4151
Email: michael.lazaroff@rimonlaw.com

*Counsel for Plaintiffs*

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

s/ *Eli B. Richlin*
Eli B. Richlin
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Email: erichlin@wsgr.com

Gary R. Greenstein (admitted *pro hac vice*)
1700 K Street NW, Fifth Floor
Washington, D.C. 20006
Telephone: (202) 973-8849
Email: ggreenstein@wsgr.com

Maura L. Rees (admitted *pro hac vice*)
650 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 493-9300
Email: mrees@wsgr.com

*Counsel for Defendant Brinker International, Inc.*