IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BEASTIE BOYS, A NEW YORK PARTNERSHIP, MICHAEL DIAMOND, ADAM HOROVITZ AND DECHEN YAUCH AS EXECUTOR OF THE ESTATE OF ADAM YAUCH, DECEASED, EACH INDIVIDUALLY AND COLLECTIVELY D/B/A BROOKLYN DUST MUSIC<br><br>Plaintiffs,<br><br>v.<br><br>BRINKER INTERNATIONAL, INC.,<br><br>Defendant. | No. 1:24-cv-05221 |

## STIPULATION OF DISMISSAL

PLEASE TAKE NOTICE that Plaintiffs Beastie Boys, a New York partnership, Michael Diamond, Adam Horovitz and Dechen Yauch as executor of the Estate of Adam Yauch, deceased, each individually and collectively d/b/a Brooklyn Dust Music, dismiss this action, *with prejudice*, and with each party bearing their own fees and costs, pursuant to Fed. R. Civ. P. 41(a)(1)(A) by stipulation of all parties. Per the aforementioned rule, no court order is required with this stipulation of dismissal.

1

Dated: June 25, 2025

*Respectfully submitted,*

_____

Michael S. Lazaroff
RIMON, P.C.
400 Madison Ave, Suite 11D
New York, New York 10017
Tel: (646) 738-4151
Email: michael.lazaroff@rimonlaw.com


*Counsel for Beastie Boys, a New York partnership, Michael Diamond, Adam Horovitz and Dechen Yauch as executor of the Estate of Adam Yauch, deceased, each individually and collectively d/b/a Brooklyn Dust Music*

_____

Eli B. Richlin (State Bar No. 4861357)
WILSON SONSINI GOODRICH & ROSATI, P.C.
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Tel: (212) 999-5800
Fax: (866) 974-7329
Email: erichlin@wsgr.com

Gary R. Greenstein (*Pro Hac Vice*)
WILSON SONSINI GOODRICH & ROSATI, P.C.
1700 K Street, N.W., Fifth Floor
Washington, D.C. 20006
Tel.: (202) 973-8849
Fax: (202) 973-8899
Email: GGreenstein@wsgr.com

Maura L. Rees (*Pro Hac Vice*)
WILSON SONSINI GOODRICH & ROSATI, P.C.
650 Page Mill Road
Palo Alto, CA 94304-1050
Tel.: (650) 493-9300
Fax: (866) 974-7329
Email: MRees@wsgr.com


*Counsel for Brinker International Inc.*