ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BEASTIE BOYS, A NEW YORK PARTNERSHIP, MICHAEL DIAMOND, ADAM HOROVITZ AND DECHEN YAUCH AS EXECUTOR OF THE ESTATE OF ADAM YAUCH, DECEASED, EACH INDIVIDUALLY AND COLLECTIVELY D/B/A BROOKLYN DUST MUSIC<br><br>Plaintiffs,<br><br>v.<br><br>BRINKER INTERNATIONAL, INC.,<br><br>Defendant. | No. 1:24-cv-05221 |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/25

### STIPULATION OF DISMISSAL

PLEASE TAKE NOTICE that Plaintiffs Beastie Boys, a New York partnership, Michael Diamond, Adam Horovitz and Dechen Yauch as executor of the Estate of Adam Yauch, deceased, each individually and collectively d/b/a Brooklyn Dust Music, dismiss this action, *with prejudice*, and with each party bearing their own fees and costs, pursuant to Fed. R. Civ. P. 41(a)(1)(A) by stipulation of all parties. Per the aforementioned rule, no court order is required with this stipulation of dismissal.

So Ordered

Louis L. Stanton

6/26/25

1

Dated: June 25, 2025

*Respectfully submitted,*

_____  
Michael S. Lazaroff  
RIMON, P.C.  
400 Madison Ave, Suite 11D  
New York, New York 10017  
Tel: (646) 738-4151  
Email: michael.lazaroff@rimonlaw.com

*Counsel for Beastie Boys, a New York partnership, Michael Diamond, Adam Horovitz and Dechen Yauch as executor of the Estate of Adam Yauch, deceased, each individually and collectively d/b/a Brooklyn Dust Music*

_____  
Eli B. Richlin (State Bar No. 4861357)  
WILSON SONSINI GOODRICH & ROSATI, P.C.  
1301 Avenue of the Americas, 40th Floor  
New York, New York 10019  
Tel: (212) 999-5800  
Fax: (866) 974-7329  
Email: erichlin@wsgr.com

Gary R. Greenstein (*Pro Hac Vice*)  
WILSON SONSINI GOODRICH & ROSATI, P.C.  
1700 K Street, N.W., Fifth Floor  
Washington, D.C. 20006  
Tel.: (202) 973-8849  
Fax: (202) 973-8899  
Email: GGreenstein@wsgr.com

Maura L. Rees (*Pro Hac Vice*)  
WILSON SONSINI GOODRICH & ROSATI, P.C.  
650 Page Mill Road  
Palo Alto, CA 94304-1050  
Tel.: (650) 493-9300  
Fax: (866) 974-7329  
Email: MRees@wsgr.com

*Counsel for Brinker International Inc.*